JCanovas.INF

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00008 |
| Plaintiff, | **INFORMATION** |
| vs. | MONEY LAUNDERING |
| JONATHAN E. CANOVAS, | [18 U.S.C. §§ 1956(a)(1)(A)(i) and 2] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about January 3, 2005, in the District of Guam and elsewhere, JONATHAN E. CANOVAS and others, with the intent to promote the carrying on of specified unlawful activity, that is, possession with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 841 and conspiracy to possess with intent to distribute methamphetamine hydrochloride, in violation of Title 21, United States Code, Section 846, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the receipt of funds into Account Number 202214688 at the Bank of Guam, a financial institution which is engaged in and the activities of which affect interstate and foreign

-1-

commerce, which involved the proceeds of specified unlawful activity, that is possession with intent to distribute methamphetamine hydrochloride in violation of Title 21, United States Code, Section 841 and conspiracy to possess with intent to distribute methamphetamine hydrochloride in violation of Title 21, United States Code, Section 846, and that while conducting and attempting to conduct such financial transaction JONATHAN E. CANOVAS knew that the property involved in the financial transaction, that is funds in the amount of TWO THOUSAND NINE HUNDRED AND FIFTY DOLLARS ($2,950.00), represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

Dated this 21st day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney