# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00008__
Same Defendant __XX__ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

**Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _X_ No**

Defendant Name ___JONATHAN E. CANOVAS___

Allisas Name _____

Address _____

___Yigo, Guam___

Birthdate __1980__ SS# __6813__ Sex _M_ Race _____ Nationality __Filipino__

## U.S. Attorney Information:

FAUSA __Russell C. Stoddard__

Interpreter: __XX__ No ___ Yes  List language and/or dialect: _____

## Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**RECEIVED FEB 21 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## U.S.C. Citations

Total # of Counts: __1__  ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1956(a)(1(A)(I) & 2 | Money Laundering | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/22/06__  Signature of FAUSA: _____

**ORIGINAL**