IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN E. CANOVAS,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00053 and<br>CRIMINAL CASE NO. 06-00008<br><br>**CONSENT TO RULE 11 PLEA<br>IN A FELONY CASE BEFORE<br>UNITED STATES MAGISTRATE JUDGE** |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my pleas in these cases before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above cases, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such pleas. I understand that if the United States Magistrate Judge recommends that the pleas of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the pleas of guilty are accepted, will adjudicate guilt and schedule a

///
///
///
///
///

ORIGINAL

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this 22 day of February 2006.

_____
JONATHAN E. CANOVAS
Defendant

_____
PHILIP J. TYDINGCO
Attorney for Defendant

APPROVED:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney