IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00008**              **DATE: 02/22/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon                                    Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded:** 10:36:42 - 11:13:17         CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** JONATHAN E. CANOVAS                     **ATTY:** PHILLIP J. TYDINGCO
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD               **AGENT:** CRAIG HALES, U.S. POSTAL INSPECTOR

**U.S. PROBATION:** CARLEEN BORJA / JUDY OCAMPO   **U.S. MARSHAL:** NONE PRESENT

**INTERPRETER:** _____  ( ) SWORN   **LANGUAGE:** _____

**PROCEEDINGS: WAIVER OF INDICTMENT / INFORMATION / PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __25__   HIGH SCHOOL COMPLETED: _2 YEARS COLLEGE_
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(  ) GOV'T SUMMARIZES THE EVIDENCE    (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  (  ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  (  ) *NOT GUILTY* - TO: _MONEY LAUNDERING - INFORMATION_
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: _FEBRUARY 21, 2006_  PLEA: ( X ) *ACCEPTED*  (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(  ) SENTENCING DATE: _____ at _____  ( X ) STATUS HEARING: _MAY 2, 2006_ at _2:30 P.M._
(  ) PRESENTENCE REPORT DUE TO PARTIES: _____  DUE TO COURT: _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  )*PROCESSING* (  )*DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED ON BOND AS PREVIOUSLY ORDERED BY THIS COURT IN CRIMINAL CASE NO. 05-00053

**NOTES:**

Government counsel moved under Rule 15 for consolidation of Criminal Case No. 05-00053 for the purpose of conducting today's hearing. No objection. GRANTED.

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant waived his right to indictment and executed a waiver of indictment. The Court and the parties amended the plea agreement. The Court executed the report and recommendation concerning defendant's plea of guilty.