# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

JONATHAN E. CANOVAS

CASE NUMBER: 06-00008

I, __JONATHAN E. CANOVAS__, the above named defendant, who is accused of

Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1(A)(i) and 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____2/22/2006_____ prosecution by indictment and consent that the pro-
*Date*

ceeding may be by information rather than by indictment.

*Defendant* JONATHAN E. CANOVAS

*Counsel for Defendant* PHILLIP J. TYDINGCO

Before JOAQUIN V.E. MANIBUSAN, JR.
Magistrate *Judge*

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL