# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>vs.<br><br>Jonathan E. Canovas,<br><br>            Defendant. | Case No. 1:06-cr-00008<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation Concerning Plea of Guilty, and the Order Setting Conditions of Release filed February 22, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Phillip Tydingco* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 23, 2006* | *February 23, 2006* | *February 23, 2006*<br>*(Release Conditions only)* | *February 23, 2006*<br>*(Release Conditions only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation Concerning Plea of Guilty, and the Order Setting Conditions of Release filed February 22, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 23, 2006                                        /s/ Leilani R. Toves Hernandez
                                                                                 Deputy Clerk