**FILED**

DISTRICT COURT OF GUAM

FEB 23 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00008** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JONATHAN E. CANOVAS,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **PHILLIP J. TYDINGCO** is appointed to represent the

defendant in the above-entitled case *nunc pro tunc* to February 21, 2006.

Dated this 23rd day of February, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**