# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Jonathan E. Canovas,<br><br>Defendant. | Case No. 1:06-cr-00008<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and CJA 20 Voucher filed February 23, 2006*, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office*<br>*February 24, 2006*<br>*(Appointment Order only)* | *Phillip J. Tydingco*<br>*February 24, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and CJA 20 Voucher filed February 23, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 24, 2006           /s/ Leilani R. Toves Hernandez
                                             Deputy Clerk