FILED
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN E. CANOVAS,<br>Defendant. | ) | CRIMINAL CASE NO. 05-00053 and<br>CRIMINAL CASE NO. 06-00008<br><br>**ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS CONFERENCE** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Count I of the Second Superseding Indictment in Criminal Case No. 05-00053, charging him with Conspiracy to Distribute over 100 grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846, and to an Information in Criminal Case No. 06-00008 charging him with Money Laundering, in violation of 18 U.S.C. §§ 2 and 1956(a)(1)(A)(i), are

///

///

///

///

///

///

ORIGINAL





now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for status conference on **May 12, 2006** at **2:30 p.m.**.

IT IS SO ORDERED.

DATED this 10th day of March 2006.

JAMES L. ROBART*
District Judge

* The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.