```
JCanovas1.ORD
```

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 6 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JONATHAN E. CANOVAS, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00008 <br><br> **ORDER** <br><br> **re: First Stipulation to Continue Status Hearing** |

Based on the parties' stipulation to continue the status hearing herein,

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for May 2, 2006, be continued to June 6, 2006, at 2:30 p.m.

Dated this 6th day of April 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL