JCanovas.SVS

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00008 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF PARTIES** |
| ) | **TO VACATE STATUS HEARING** |
| ) | |
| JONATHAN E. CANOVAS, ) | |
| ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the

defendant, by and through his counsel, Philip J. Tydingco, hereby stipulate to vacate the

\\

\\

\\

\\

\\

-1-

status hearing, currently scheduled for June 6, 2006 at 2:30 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/23/06

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: 5/23/06

/s/ Philip J. Tydingco
PHILIP J. TYDINGCO
Attorney for Defendant