PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagåtña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-0008-001** |
|---|---|
| Plaintiff, | STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE |
| vs. | |
| JONATHAN E. CANOVAS, | |
| Defendant. | |

The parties previously stipulated to continue sentencing for the above-named defendant in Criminal Case No. 05-00053-005, which has been continued to September 20, 2006 at 10:15 a.m. The sentencing for the same above-named defendant in the instant Criminal Case No. 06-0008-001 is scheduled for August 31, 2006, but was consolidated together with Criminal Case No. 05-00053-005 as part of a plea agreement.

Thus, the parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Phillip J. Tydingco, hereby move this Honorable Court for an order to continue the sentencing in this case to the same date as the other case for September 20, 2006 at 10:15 a.m.

Alternate Public Defender:
Attorneys for Defendant

_____
PHILLIP J. TYDINGCO
Dated: 8-14-06

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
FREDERICK A. BLACK, Assistant U.S. Attorney
Dated: AUG 14 2006

ORIGINAL