**PHILLIP J. TYDINGCO**
**ALTERNATE PUBLIC DEFENDER**
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN E. CANOVAS<br>Defendant. | CRIMINAL CASE NO. 06-00008<br><br>**ORDER** |

Based on the defendant's motion to continue sentencing date herein,

**IT IS HEREBY ORDERED** that the sentencing date of Jonathan E. Canovas, currently scheduled for September 20, 2006, be continued to Tuesday, October 10, 2006, at 10:00 a.m.

Dated this 18th day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL