PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas



FILED
DISTRICT COURT OF GUAM
OCT -6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00008** |
| Plaintiff, | MOTION TO CONTINUE SENTENCING HEARING |
| vs. | |
| JONATHAN E. CANOVAS, | |
| Defendant. | |

COMES NOW the Defendant, JONATHAN E. CANOVAS, by and through his counsel, Phillip J. Tydingco of the Alternate Public Defender Office, and hereby respectfully moves this Honorable Court to permit a short continuance of the sentencing hearing scheduled for 10:00 a.m. on October 10, 2006 to the next day on October 11, 2006 or the next couple days thereafter subject to the Court's docket schedule, based on the following reasons:

1. The Defendant Canovas has pled guilty to very serious offenses which the advisory sentencing guidelines are extremely high according to the presentence report recommendation, and it is vitally important for his sentencing to have certain federal agents provide testimony on his behalf.

2. The undersigned counsel was just informed this afternoon on October 6, 2006 that

this Honorable Court will not grant its motion requesting permission to have the telephonic testimony of Postal Inspector Craig M. Hales of the U.S. Postal Service, who is presently re-assigned or relocated to the State of Utah; however, counsel is also informed that this Honorable Court may permit written testimony.

3. The undersigned counsel is also preparing for a sentencing hearing for another client (John Junior Cruz) on the same day with this Court, but requires additional time or at least twenty-four hours to try and obtain Inspector Hales written testimony for Defendant Canovas.

Therefore, based on the forgoing, Defendant Canovas respectfully request that this Court grant a short extension or continuance of his sentencing hearing.

Respectfully submitted this 6th day of October, 2006.

ALTERNATE PUBLIC DEFENDER:
Attorneys for Defendant Jonathan E. Canovas

_____
PHILLIP J. TYDINGCO

Page 2 of 2
Case 1:06-cr-00008   Document 27   Filed 10/06/2006   Page 2 of 2