PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagåtña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JONATHAN E. CANOVAS ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00008 <br><br> ORDER |

Based on the defendant's motion to continue sentencing date herein,

**IT IS HEREBY ORDERED** that the sentencing date of Jonathan E. Canovas currently scheduled for October 10, 2006 at 10:00 am, be continued to October 12, 2006 at 10:30 a.m. [handwritten: KRW 9:30 a.m.]

Dated: Hagatna, Guam, Oct. 9, 2006.

/s/ JOHN C. COUGHENOUR*
District Court of Guam

---

*The Honorable John C. Coughenour, United States Senior District Judge for the Western District of Washington, by designation.

Case 1:06-cr-00008   Document 28   Filed 10/10/2006   Page 1 of 1