UNITED STATES DISTRICT COURT
DISTRICT OF GUAM



**FILED**
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Miles                Date 10/12/06

SENTENCING MINUTES       9:28:55 - 10:12:30

CASE NO. CR06-8C    U. S. v. Jonathan Canovas

U.S. Atty: Johnson      Deft. Atty: Sydinger

USPO M. Cruz   Intrp. _____

Guideline range determined by the court: Total Offense Level____
Criminal History Category____ Imprisonment range:_____ months
Supervised release range_____   Fine range:_____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF 24 months - Concurrent to Criminal case no. 05-00053.
(✓) SUPERVISED RELEASE ( ) PROBATION   FOR A TERM OF 3 years - Concurrent to Criminal case no. 05-00053.

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI. (See judgment)
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
(✓) Fine waived     ( ) Fine in the amount of_____
( ) Restitution in the sum of_____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid  ( ) waived.
The Court departs from the guidelines for the following reasons:
those set forth in the PSI.
(✓) Deft. is permitted to self-report. ( ) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
( ) Motion to dismiss remaining counts is granted.
(✓) Court recommends incarceration at West Coast facility
(✓) Defendant advised of right to appeal.
OTHER: Agent Paul Suffuels & Rose Marie Comacho sworn & testify.
The Court imposes 200 hours of community service.