PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

Name of Offender    **Jonathan Eric Canovas**    Case Number:  **CR 06-00008-001**

Name of Sentencing Judicial Officer:    John C. Coughenour

Date of Original Sentence:    October 12, 2006

Original Offense:    Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

Original Sentence:    24 months imprisonment followed by three years supervised release with the following conditions: not illegally posses a controlled substance and refrain from any unlawful use of a controlled substance; submit to up to eight drug tests a month for use of a controlled substance at the direction of the U.S. Probation Officer; refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program my include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make a co-payment for the program at a rate to be determined by the U.S. probation Office; perform 200 hours of community service under direction of the U.S. Probation Office; receive 10 hours credit for each speech to younger people; write a letter every six months to Judge John C. Coughenour stating the efforts he has taken to stay out of trouble and pay a $100 special assessment fee.

Type of Supervision:                                         Date Supervision

**PETITIONING THE COURT**

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follow

1. Warrantless Search - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

Mr. Jonathan Canovas has requested to be released to the District of Nevada upon release from imprisonment. The U.S. Probation Office has conducted a pre-release investigation and has conditionally approved Mr. Canovas' release to their District pending a modification of his conditions.

The District of Nevada has requested a modification of conditions of supervised release to include a warrantless search condition due to the nature of the instant offense. Mr. Canovas has fully agreed to the modification and attached is the Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Canovas' consent to the modification.


/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader


/s/ GRACE D. FLORES
U.S. Probation Officer

Date: July 26, 2007

Date: July 26, 2007

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[X] The Modification of Conditions as Noted Above.

[ ] Other      Issuance of a:    [ ] Summons    [ ] Warrant



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 27, 2007**